■ JOHN TUCCIARONE et al., Plaintiffs, v SYRACUSE UNIVERSITY, Defendant and Third-Party Plaintiff-Appellant. M.V. WOODS CONSTRUCTION COMPANY, INC., Third-Party Defendant and Fourth-Party Defendant-Respondent; RAULLI & SONS, INC., Fourth-Party Defendant-Respondent. (Appeal No. 1.)—Order unanimously affirmed, with costs. Memorandum: Although we affirm, we note that the court erred in concluding that the contract work was limited to the elevator shaft. This error does not affect the result, however, because it is clear that no contract work was to be performed in the machinery room, which was the situs of the accident. (Appeal from order of Supreme Court, Onondaga County, Lynch, J.—summary judg-

ment.) Present—Dillon, P. J., Denman, Boomer, Pine and Balio, JJ.